**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7371

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ISAAC LEE WOODS; REGINA BAILEY WOODS,

        Defendants – Appellants.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, Chief District Judge. (5:05-cr-00131-FL-1; 5:05-cr-00131-FL-2)

Submitted:   January 6, 2011            Decided:   February 16, 2011

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Isaac Lee Woods, Regina Bailey Woods, Appellants Pro Se.  S. Katherine Burnette, OFFICE OF THE UNITED STATES ATTORNEY, Edward D. Gray, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Lee Woods and Regina Bailey Woods appeal the district court's order enjoining them from filing certain actions without first seeking leave of court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Woods, Nos. 5:05-cr-00131-FL-1; 5:05-cr-00131-FL-2 (E.D.N.C. Sept. 22, 2010). We deny the Woods' motion to void the district court's order and to strike the United States' reply brief. We also deny the motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED